**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

MODALMED INC.,                        )
                                          )    Case No. 24-cv-11780
WINDGO INC., and                  )
                                          )    Judge Manish S. Shah
NEWTONOID TECHNOLOGIES, L.L.C.,    )
                                          )
       Plaintiffs,                    )
                                          )
       v.                            )
                                          )
THE PARTNERSHIPS AND          )
UNINCORPORATED ASSOCIATIONS    )
IDENTIFIED ON SCHEDULE A,       )
                                          )
       Defendants.                  )

**PRELIMINARY INJUNCTION ORDER**

Plaintiffs filed a Motion for Entry of a Preliminary Injunction [39] against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the domain names identified in Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). Plaintiffs also filed a Motion to Unseal [38]. After reviewing the Motions and the accompanying record, this Court GRANTS Plaintiffs' Motions as follows.

This Court finds Plaintiffs have provided notice to Defendants in accordance with the Temporary Restraining Order entered 11/25/2024, [23] ("TRO") and Federal Rule of Civil Procedure 65(a)(1).

---

[1] The e-commerce store URLs are listed on Schedule A hereto under the Online Marketplaces.

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiffs have provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products infringing Plaintiffs' federally issued U.S. Patent No. 10,684,483 ("the '483 Patent") and U.S. Patent No. 11,372,252 ("the '252 Patent") to residents of Illinois.

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiffs' previously granted Motion for Entry of a TRO establishes that Plaintiffs have demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiffs will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiffs have proved a *prima facie* case of patent infringement because (1) Plaintiffs are the lawful assignee of all right, title, and interest in and to the '483 Patent and the '252 Patent, which was duly and legally issued on June 16, 2020 and June 28, 2022, respectively, and (2) Defendants are not licensed or authorized to use any of the '483 Patent or the '252 Patent. Furthermore, Defendants' continued and unauthorized manufacture, use, selling, and/or offering to sell the infringing products irreparably harms Plaintiffs through diminished goodwill and brand confidence, damage to Plaintiffs' reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and,

therefore, Plaintiffs have an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. infringing the '483 Patent or the '252 Patent in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not authorized by Plaintiffs to be sold in connection with the '483 Patent or the '252 Patent;

    b. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under a license of the '483 Patent or the '252 Patent; and

    c. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products which infringe the '483 Patent or the '252 Patent.

2. Upon Plaintiffs' request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc., Walmart, Target, and other websites (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiffs expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3. Upon Plaintiffs' request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 3, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of products using the '483 Patent or the '252 Patent.

4. Plaintiff's SEALED EXHIBIT Schedule A [2] to the Complaint [1], document [7], and the original TRO [23] are unsealed.

5.      Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

6.      The $10,000  bond posted by Plaintiffs shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

Manish S. Shah
United States District Judge

Dated: December 19, 2024.

5

**Schedule A[2]**

| # | Merchant | Merchant ID | Product # / ASIN | URL |
|---|----------|-------------|------------------|-----|
| 2 | Beinkap-SHOP | A3SLOAS1GRHO8Q | B0DD2W4DRW | https://www.amazon.com/Beinkap-Massager-Migraine-Eligible-Compression/dp/B0DD2W4DRW?source=ps-sl-shoppingads-lpcontext&ref_=fplfs&psc=1&smid=A3SLOAS1GRHO8Q |
| 2 | Beinkap-SHOP | A3SLOAS1GRHO8Q | B0DD2W1VMN | https://www.amazon.com/Beinkap-Massager-Birthday-Christmas-Eligible/dp/B0DD2W1VMN/ref=sr_1_3?dib=eyJ2IjoiMSJ9.LoWHOfUstDACQWvQR-25w-Du1k7dpwZb4_W6_e2SDTQYCowtVWHUMqn99fraorWxnGAIkeh2RIZdn1wQe2PUKw.3Y2PaqO_xPd2vzhnteH8XMrRKHmXRFRWN_43pnWfREM&dib_tag=se&m=A3SLOAS1GRHO8Q&marketplaceID=ATVPDKIKX0DER&qid=1731537079&s=merchant-items&sr=1-3 |
| 5 | JAVOCO-US | A3AW9RT6C0EQM3 | B0CXDK6W7J | https://www.amazon.com/JAVOCO-Massager-Eligible-Compression-Migraines/dp/B0CXDK6W7J/ref=pd_ci_mcx_pspc_dp_2_t_2?pd_rd_w=uK63J&content-id=amzn1.sym.9cb932c3-e29e-44db-929c-bdc1460b3774&pf_rd_p=9cb932c3-e29e-44db-929c-bdc1460b3774&pf_rd_r=0DNDYA1FZTXB5NJ1T1GK&pd_rd_wg=NfXoP&pd_rd_r=024b9af7-13a1-4f32-beb7-446962cf6a9b&pd_rd_i=B0CXDK6W7J |

---

[2] This Schedule A attempts to omit Defendants that have been dismissed from this case. However, if any dismissed defendant appears on this Schedule A errantly, the Notice of Dismissal of record in this matter shall govern.

| 6 | ning zhi tu shang mao | A1OTDJM8QR9FGQ | B0CCL3JXWG | https://www.amazon.com/Massager-Massage-Migraines-Bluetooth-Compression/dp/B0CCL3JXWG/ref=pd_ci_mcx_pspc_dp_2_t_2?pd_rd_w=39UqF&content-id=amzn1.sym.9cb932c3-e29e-44db-929c-bdc1460b3774&pf_rd_p=9cb932c3-e29e-44db-929c-bdc1460b3774&pf_rd_r=3G7771WG70KS4XVV39JY&pd_rd_wg=SQvVR&pd_rd_r=18651c2a-9a1a-451d-9146-fa183cc0d0ea&pd_rd_i=B0CCL3JXWG |
| 9 | Alljoy Wellness Store | A1YQHKES78UD75 | B0DBH4Q3R8 | https://www.amazon.com/ALLJOY-Massager-Migraines-Bluetooth-Compression/dp/B0DBH4Q3R8 |
| 11 | CARETECH-US | A2NE5P0RR1QSXJ | B0DHCKCY96 | https://www.amazon.com/dp/B0DHCKCY96/ref=sspa_dk_detail_4?psc=1&pd_rd_i=B0DHCKCY96&pd_rd_w=x0Aa4&content-id=amzn1.sym.8c2f9165-8e93-42a1-8313-73d3809141a2&pf_rd_p=8c2f9165-8e93-42a1-8313-73d3809141a2&pf_rd_r=MQKPBPNJZMCR32KRMMNH&pd_rd_wg=EPaCC&pd_rd_r=c19cd3fb-550f-449e-97ff-2e8d8cd6df60&s=merchant-items&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhWww |
| 14 | 3ZeBra_Relax | A2H3M1FA8RSU7 | B0CLYBMQ94 | https://www.amazon.com/dp/B0CLYBMQ94/ref=sspa_dk_detail_3?pd_rd_i=B0CLYBMQ94&pd_rd_w=tJtpK&content-id=amzn1.sym.953c7d66-4120-4d22-a777-f19dbfa69309&pf_rd_p=953c7d66-4120-4d22-a777-f19dbfa69309&pf_rd_r=6HNVWDV4MWW8FAKF25QB&pd_rd_wg=zNHUI&pd_rd_r=817fce09-cf16-443f-84a5-e7847a63bd36&s=merchant-items&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhWwy&th=1 |

| 15 | yangxiaona123 | AC5BNL2IDZAA4 | B0CLY8WXVB | https://www.amazon.com/dp/B0CLY8WXVB/ref=sspa_dk_detail_3?pd_rd_i=B0CLYBMQ94&pd_rd_w=tJtpK&content-id=amzn1.sym.953c7d66-4120-4d22-a777-f19dbfa69309&pf_rd_p=953c7d66-4120-4d22-a777-f19dbfa69309&pf_rd_r=6HNVWDV4MWW8FAKF25QB&pd_rd_wg=zNHUI&pd_rd_r=817fce09-cf16-443f-84a5-e7847a63bd36&s=merchant-items&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWwy&th=1 |
| 17 | Phenitech | AQZGMVFMFSQ4T | B0DHZ4H35N | https://www.amazon.com/dp/B0DHZ4H35N/ref=sspa_dk_rhf_search_pt_sub_5/?_encoding=UTF8&ie=UTF8&psc=1&sp_csd=d2lkZ2V0TmFtZT1zcF9yaGZfc2VhcmNoX3BlcnNvbmFsaXplZA%3D%3D&pd_rd_w=adqHh&content-id=amzn1.sym.ed82556b-5073-4521-a186-65fb40557bf5&pf_rd_p=ed82556b-5073-4521-a186-65fb40557bf5&pf_rd_r=2DN7YDHZ3EDFRY7KAZJQ&pd_rd_wg=rIRFB&pd_rd_r=67c097d1-9988-4339-852b-1f7eebac63eb&ref_=sspa_dk_rhf_search_pt_sub |
| 19 | HashiRidge | A3KMZVC5XVUZ2I | B0DDP3ZWK4 | https://www.amazon.com/dp/B0DDP3ZWK4/ref=sspa_dk_detail_0?psc=1&pf_rd_p=953c7d66-4120-4d22-a777-f19dbfa69309&pf_rd_r=GEJWW7NBD1BT4PQDGGCX&pd_rd_wg=aM5o8&pd_rd_w=PXcfC&content-id=amzn1.sym.953c7d66-4120-4d22-a777-f19dbfa69309&pd_rd_r=e3857e92-d834-4cde-925a-0f91aaad4128&s=merchant-items&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWwy |
| 19 | HashiRidge | A3KMZVC5XVUZ2I | B0DHR9DB5V | https://www.amazon.com/XTO-Electric-Massager-Simulate-Grasping/dp/B0DHR9DB5V/ref=sr_1_2?dib=eyJ2IjoiMSJ9.1LYH7YkV4bfwpz6KAytw6iYcLyzWH2B2_gvYTio0UHw.F5tNvkX3-24WjMPAeDbvocu2iJru9wktPib8VOEEesY&dib_tag=se&m=A3KMZVC5XVUZ2I&marketplaceID=ATVPDKIKX0DER&qid=1731452818&s=merchant-items&sr=1-2 |

| 21 | MRDSET Store | A1PXTX0GOWOFR8 | B08V4HH782 | https://www.amazon.com/dp/B08V4HH782/ref=sspa_dk_detail_2?psc=1&pf_rd_p=953c7d66-4120-4d22-a777-f19dbfa69309&pf_rd_r=GEJWW7NBD1BT4PQDGGCX&pd_rd_wg=aM5o8&pd_rd_w=PXcfC&content-id=amzn1.sym.953c7d66-4120-4d22-a777-f19dbfa69309&pd_rd_r=e3857e92-d834-4cde-925a-0f91aaad4128&s=merchant-items&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWwy |
| --- | --- | --- | --- | --- |
| 21 | MRDSET Store | A1PXTX0GOWOFR8 | B08V5JLX6Y | https://www.amazon.com/Massager-Compression-Massage-Vibration-Migraines/dp/B08V5JLX6Y/ref=sr_1_33?dib=eyJ2IjoiMSJ9.fQSyydcQ9MmkQ3heI5QXnkGvno9fzxhyZks1VrtSl2T8pr1STKS0NA55CMHBFitYUOFL9DJjCO5iBfDEj6QTow.qPvPzVGe6udj2NbjsiBqf3wSGFS2Uagtk3chT5PZmEU&dib_tag=se&m=A1PXTX0GOWOFR8&marketplaceID=ATVPDKIKX0DER&qid=1731553617&s=merchant-items&sr=1-33 |
| 21 | MRDSET Store | A1PXTX0GOWOFR8 | B08V4RF4J8 | https://www.amazon.com/Massager-Compression-Massage-Vibration-Migraines/dp/B08V4RF4J8/ref=sr_1_33?dib=eyJ2IjoiMSJ9.fQSyydcQ9MmkQ3heI5QXnkGvno9fzxhyZks1VrtSl2T8pr1STKS0NA55CMHBFitYUOFL9DJjCO5iBfDEj6QTow.qPvPzVGe6udj2NbjsiBqf3wSGFS2Uagtk3chT5PZmEU&dib_tag=se&m=A1PXTX0GOWOFR8&marketplaceID=ATVPDKIKX0DER&qid=1731553617&s=merchant-items&sr=1-33&th=1 |
| 21 | MRDSET Store | A1PXTX0GOWOFR8 | B08V4L1JHQ | https://www.amazon.com/Massager-Compression-Massage-Vibration-Migraines/dp/B08V4L1JHQ/ref=sr_1_33?dib=eyJ2IjoiMSJ9.fQSyydcQ9MmkQ3heI5QXnkGvno9fzxhyZks1VrtSl2T8pr1STKS0NA55CMHBFitYUOFL9DJjCO5iBfDEj6QTow.qPvPzVGe6udj2NbjsiBqf3wSGFS2Uagtk3chT5PZmEU&dib_tag=se&m=A1PXTX0GOWOFR8&marketplaceID=ATVPDKIKX0DER&qid=1731553617&s=merchant-items&sr=1-33&th=1 |

| 23 | GOBOK Official | A3DAENIOZC5OFH | B0DCJ3GLCQ | https://www.amazon.com/dp/B0DCJ3GLCQ/ref=sspa_dk_rhf_search_pt_sub_9/?_encoding=UTF8&ie=UTF8&sp_csd=d2lkZ2V0TmFtZT1zcF9yaGZfc2VhcmNoX3BlcnNvbmFsaXplZA%3D%3D&pd_rd_w=zARf0&pd_rd_wg=rd7Nc&pd_rd_r=fb869bc1-e8f3-4cf4-9a65-18ea1a1df58c&content-id=amzn1.sym.ed82556b-5073-4521-a186-65fb40557bf5&ref_=sspa_dk_rhf_search_pt_sub&th=1 |
| 24 | CINCOM | A1T2DKN3ATZLE2 | B08H7XHWBY | https://www.amazon.com/CINCOM-Compression-Bluetooth-Rechargeable-Circulation/dp/B08H7XHWBY |
| 24 | CINCOM | A1T2DKN3ATZLE2 | B0BG4ZS91W | https://www.amazon.com/CINCOM-Massager-Compression-Bluetooth-Circulation/dp/B0BG4ZS91W |
| 25 | Supdear | AFC1Q1RZP1HIS | B0D9LSZVHV | https://www.amazon.com/VEVOR-Massager-Bluetooth-Foldable-Migraines/dp/B0D9LSZVHV/ref=sr_1_1?dib=eyJ2IjoiMSJ9.aGn_FOqzY7uSRcv2XI4EdQDQYWTSJtz3FVkxlqk3FupP1cx9P5xCGzztcwnwAYmy5d2OZ-TKlbKRIfkNdIe4xUU0qSHyPR2cvQFl3ioXrkc.kjnOGcn-rDsIwZ9Aw9IFu3JQ6Vf-5HKZGOlgFhi8SpA&dib_tag=se&keywords=eye%2Bmask&m=AFC1Q1RZP1HIS&qid=1731458043&s=merchant-items&sr=1-1&th=1 |
| 25 | Supdear | AFC1Q1RZP1HIS | B0D9LSDLX7 | https://www.amazon.com/VEVOR-Massager-Bluetooth-Foldable-Migraines/dp/B0D9LSDLX7/ref=sr_1_2?dib=eyJ2IjoiMSJ9.aGn_FOqzY7uSRcv2XI4EdQDQYWTSJtz3FVkxlqk3FupP1cx9P5xCGzztcwnwAYmy5d2OZ-TKlbKRIfkNdIe4xUU0qSHyPR2cvQFl3ioXrkc.kjnOGcn-rDsIwZ9Aw9IFu3JQ6Vf-5HKZGOlgFhi8SpA&dib_tag=se&keywords=eye%2Bmask&m=AFC1Q1RZP1HIS&qid=1731458043&s=merchant-items&sr=1-2&th=1 |

| 25 | Supdear | AFC1Q1RZP1HIS | B0D9LRJ5BP | https://www.amazon.com/VEVOR-Massager-Bluetooth-Foldable-Migraines/dp/B0D9LRJ5BP/ref=sr_1_3?dib=eyJ2IjoiMSJ9.aGn_FOqzY7u SRcv2XI4EdQDQYWTSJtz3FVkxlqk3FupP1cx9P5xCGzztcwnwAYmy5d 2OZ-TKlbKRIfkNdIe4xUU0qSHyPR2cvQFl3ioXrkc.kjnOGcn-rDsIwZ9Aw9IFu3JQ6Vf-5HKZGOlgFhi8SpA&dib_tag=se&keywords=eye+mask&m=AFC1Q1RZP 1HIS&qid=1731458043&s=merchant-items&sr=1-3 |
| 25 | Supdear | AFC1Q1RZP1HIS | B0D9V5VWZC | https://www.amazon.com/VEVOR-Massager-Control-Bluetooth-Foldable/dp/B0D9V5VWZC/ref=sr_1_4?dib=eyJ2IjoiMSJ9.aGn_FOqzY7u SRcv2XI4EdQDQYWTSJtz3FVkxlqk3FupP1cx9P5xCGzztcwnwAYmy5d 2OZ-TKlbKRIfkNdIe4xUU0qSHyPR2cvQFl3ioXrkc.kjnOGcn-rDsIwZ9Aw9IFu3JQ6Vf-5HKZGOlgFhi8SpA&dib_tag=se&keywords=eye+mask&m=AFC1Q1RZP 1HIS&qid=1731458500&s=merchant-items&sr=1-4 |
| 25 | Supdear | AFC1Q1RZP1HIS | B0D9LVM36D | https://www.amazon.com/VEVOR-Massager-Massage-Bluetooth-Foldable/dp/B0D9LVM36D/ref=sr_1_6?dib=eyJ2IjoiMSJ9.aGn_FOqzY7u SRcv2XI4EdQDQYWTSJtz3FVkxlqk3FupP1cx9P5xCGzztcwnwAYmy5d 2OZ-TKlbKRIfkNdIe4xUU0qSHyPR2cvQFl3ioXrkc.kjnOGcn-rDsIwZ9Aw9IFu3JQ6Vf-5HKZGOlgFhi8SpA&dib_tag=se&keywords=eye+mask&m=AFC1Q1RZP 1HIS&qid=1731458500&s=merchant-items&sr=1-6 |
| 26 | LDH Tech | A1Q2CLD3JIDSYD | B0CY5PPP8Q | https://www.amazon.com/dp/B0CY5PPP8Q/ref=sspa_dk_detail_3?psc=1& pf_rd_p=f2f1cf8f-cab4-44dc-82ba-0ca811fb90cc&pf_rd_r=Y1QBTNTGGTSQPEM14YNV&pd_rd_wg=XiN oR&pd_rd_w=Q6SiD&content-id=amzn1.sym.f2f1cf8f-cab4-44dc-82ba-0ca811fb90cc&pd_rd_r=c47b1d1c-2fb0-459b-a036-2ad1c4b84693&s=merchant-items&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM |

11

| 27 | Surpass Nature | AHEUR45H9YB3 | B0D9T7ZHMX | https://www.amazon.com/dp/B0D9T7ZHMX/ref=sspa_dk_detail_2?psc=1&pd_rd_i=B0D9T7ZHMX&pd_rd_w=R60YZ&content-id=amzn1.sym.953c7d66-4120-4d22-a777-f19dbfa69309&pf_rd_p=953c7d66-4120-4d22-a777-f19dbfa69309&pf_rd_r=1B0JN478VTB17QFMQEHT&pd_rd_wg=pxymY&pd_rd_r=2b38b5fd-0703-42c3-a4dc-05682d09fa12&s=merchant-items&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWwy |
| 28 | iRest Direct US | A2TBX45A9XX0K5 | B07DFKGLS1 | https://www.amazon.com/dp/B07DFKGLS1/ref=sspa_dk_detail_6?psc=1&pf_rd_p=f2f1cf8f-cab4-44dc-82ba-0ca811fb90cc&pf_rd_r=Y1QBTNTGGTSQPEM14YNV&pd_rd_wg=XiNoR&pd_rd_w=Q6SiD&content-id=amzn1.sym.f2f1cf8f-cab4-44dc-82ba-0ca811fb90cc&pd_rd_r=c47b1d1c-2fb0-459b-a036-2ad1c4b84693&s=merchant-items&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM |
| 29 | Vigrass | A7TRTXOXEMEJG | B0DB1B8X8V | https://www.amazon.com/dp/B0DB1B8X8V/ref=sspa_dk_detail_5?psc=1&pf_rd_p=f2f1cf8f-cab4-44dc-82ba-0ca811fb90cc&pf_rd_r=Y1QBTNTGGTSQPEM14YNV&pd_rd_wg=XiNoR&pd_rd_w=Q6SiD&content-id=amzn1.sym.f2f1cf8f-cab4-44dc-82ba-0ca811fb90cc&pd_rd_r=c47b1d1c-2fb0-459b-a036-2ad1c4b84693&s=merchant-items&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM |
| 29 | Vigrass | A7TRTXOXEMEJG | B0DB19QDJN | https://www.amazon.com/SKYWISH-Bluetooth-Compression-Rechargeable-Comfortable/dp/B0DB19QDJN/ref=sr_1_1?dib=eyJ2IjoiMSJ9.SgVk_dbh-vB0IPQSRVe0qnDF8IX_DrqF1bMVdsoywDUlbrVxrLKhjhc4pPNzD55S8ULvqDNT_xshYYZznN18Cg.GVNBhrcVXyAeZhUbXBAAq_1rV8mihJTLIl8P1Z6UxjE&dib_tag=se&m=A7TRTXOXEMEJG&marketplaceID=ATVPDKIKX0DER&qid=1731514732&s=merchant-items&sr=1-1 |

| 29 | Vigrass | A7TRTXOXEMEJG | B0DB19H77F | https://www.amazon.com/SKYWISH-Bluetooth-Compression-Rechargeable-Comfortable/dp/B0DB19H77F/ref=sr_1_4?dib=eyJ2IjoiMSJ9.SgVk_dbh-vB0IPQSRVe0qnDF8IX_DrqF1bMVdsoywDUlbrVxrLKhjhc4pPNzD55S8ULvqDNT_xshYYZznN18Cg.GVNBhrcVXyAeZhUbXBAAq_1rV8mihJTLIl8P1Z6UxjE&dib_tag=se&m=A7TRTXOXEMEJG&marketplaceID=ATVPDKIKX0DER&qid=1731514732&s=merchant-items&sr=1-4 |
| 29 | Vigrass | A7TRTXOXEMEJG | B0D9BC1KG8 | https://www.amazon.com/SKYWISH-Bluetooth-Compression-Rechargeable-Comfortable/dp/B0D9BC1KG8/ref=sr_1_5?dib=eyJ2IjoiMSJ9.SgVk_dbh-vB0IPQSRVe0qnDF8IX_DrqF1bMVdsoywDUlbrVxrLKhjhc4pPNzD55S8ULvqDNT_xshYYZznN18Cg.GVNBhrcVXyAeZhUbXBAAq_1rV8mihJTLIl8P1Z6UxjE&dib_tag=se&m=A7TRTXOXEMEJG&marketplaceID=ATVPDKIKX0DER&qid=1731514732&s=merchant-items&sr=1-5&th=1 |
| 30 | Runmeng | APTD2V1AAST6 | B0D923WCZD | https://www.amazon.com/dp/B0D923WCZD/ref=sspa_dk_detail_0?psc=1&pf_rd_p=f2f1cf8f-cab4-44dc-82ba-0ca811fb90cc&pf_rd_r=Y1QBTNTGGTSQPEM14YNV&pd_rd_wg=XiNoR&pd_rd_w=Q6SiD&content-id=amzn1.sym.f2f1cf8f-cab4-44dc-82ba-0ca811fb90cc&pd_rd_r=c47b1d1c-2fb0-459b-a036-2ad1c4b84693&s=merchant-items&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM |
| 31 | Alljoy Official Store | A1QBLM37YUHIA0 | B0CPPCF52V | https://www.amazon.com/dp/B0CPPCF52V/ref=sspa_dk_detail_5?psc=1&pf_rd_p=f2f1cf8f-cab4-44dc-82ba-0ca811fb90cc&pf_rd_r=Y1QBTNTGGTSQPEM14YNV&pd_rd_wg=XiNoR&pd_rd_w=Q6SiD&content-id=amzn1.sym.f2f1cf8f-cab4-44dc-82ba-0ca811fb90cc&pd_rd_r=c47b1d1c-2fb0-459b-a036-2ad1c4b84693&s=merchant-items&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM |

| 32 | shenzhenshibaozhongchengkejiyouxiangongsi | A15B1MAUU6UCQ6 | B0C3VVYP7V | https://www.amazon.com/dp/B0C3VVYP7V/ref=sspa_dk_detail_4?psc=1&pf_rd_p=f2f1cf8f-cab4-44dc-82ba-0ca811fb90cc&pf_rd_r=Y1QBTNTGGTSQPEM14YNV&pd_rd_wg=XiNoR&pd_rd_w=Q6SiD&content-id=amzn1.sym.f2f1cf8f-cab4-44dc-82ba-0ca811fb90cc&pd_rd_r=c47b1d1c-2fb0-459b-a036-2ad1c4b84693&s=merchant-items&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM |
| 33 | Mekk | A2OYE0SZT5RYNJ | B0CSYJVVKC | https://www.amazon.com/dp/B0CSYJVVKC/ref=sspa_dk_detail_5?psc=1&pf_rd_p=f2f1cf8f-cab4-44dc-82ba-0ca811fb90cc&pf_rd_r=Y1QBTNTGGTSQPEM14YNV&pd_rd_wg=XiNoR&pd_rd_w=Q6SiD&content-id=amzn1.sym.f2f1cf8f-cab4-44dc-82ba-0ca811fb90cc&pd_rd_r=c47b1d1c-2fb0-459b-a036-2ad1c4b84693&s=merchant-items&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM |
| 34 | Relax more | AHNMXTFKNEP87 | B0D9KC4QF9 | https://www.amazon.com/dp/B0D9KC4QF9/ref=sspa_dk_detail_4?psc=1&pf_rd_p=f2f1cf8f-cab4-44dc-82ba-0ca811fb90cc&pf_rd_r=Y1QBTNTGGTSQPEM14YNV&pd_rd_wg=XiNoR&pd_rd_w=Q6SiD&content-id=amzn1.sym.f2f1cf8f-cab4-44dc-82ba-0ca811fb90cc&pd_rd_r=c47b1d1c-2fb0-459b-a036-2ad1c4b84693&s=merchant-items&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM |
| 34 | Relax more | AHNMXTFKNEP87 | B0CYT1C65W | https://www.amazon.com/ZHHBLJ-Migraines-Puffiness-Heat-Migraine-Products-Fathers/dp/B0CYT1C65W/ref=sr_1_2?dib=eyJ2IjoiMSJ9.rcA5gPSre4UL146PfOKCA7B8_GtGGdCGwPoiIshTxek.NTtnya5JpYPBHZHiOO5mr_ALwrY9tqwVhrmdZSYei8Q&dib_tag=se&m=AHNMXTFKNEP87&marketplaceID=ATVPDKIKX0DER&qid=1731518714&s=merchant-items&sr=1-2 |

14